IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRANCE RABON, et al.                                                                          PLAINTIFFS

v.                                       Case No. 4:16-cv-4007

JOHN K. KIMANI, et al.                                                                           DEFENDANTS

## ORDER

Before the Court is an unopposed Motion to Intervene (ECF No. 13) filed by Sentry Select Insurance Company ("Sentry Select").  Sentry Select seeks to intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure.  Plaintiffs filed a response in which they stated they do not oppose Sentry Select's intervention in this case.  (ECF No. 15).  Defendants have not filed a response in opposition to the motion, and the time for response has passed.  The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that the Motion to Intervene (ECF No. 13) should be and hereby is **GRANTED.  Sentry Select is ordered to file its Complaint in Intervention within seven (7) days of the entry of this order.**

**IT IS SO ORDERED**, this 12th day of October, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge