IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRANCE RABON and
KATHLEEN RABON                                                                        PLAINTIFFS

v.                                      Case No. 4:16-cv-4007

JOHN K. KIMANI;
TOLYN EXPRESS, LLC; and
JOHN DOES 1-6                                                                          DEFENDANTS

SENRTY SELECT INSURANCE
CO.                                                                                    INTERVENOR

## ORDER

On September 5, 2017, Defendants John K. Kimani and Tolyn Express, LLC filed a Motion to Exclude Evidence of Sentry Select Insurance Company's Subrogation Claim (ECF No. 46) and a Motion to Limit Plaintiffs' Evidence of Medical Expenses (ECF No. 49). The Local Rules generally grant parties fourteen days to respond to a motion. *See* Local Rule 7.2(b). Thus, Plaintiffs Terrance Rabon and Kathleen Rabon's responses to the above motions are currently due on September 19, 2017.

The trial of this matter is set for September 18, 2017. In order to give the Court time to rule on the above motions before trial, the Court will shorten Plaintiffs' time to respond. Plaintiffs must file their responses to Defendants' Motion to Exclude Evidence of Sentry Select Insurance Company's Subrogation Claim and Motion to Limit Plaintiffs' Evidence of Medical Expenses **on or before September 13, 2017**.

**IT IS SO ORDERED**, this 6th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge