IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRANCE RABON and
KATHLEEN RABON                                                              PLAINTIFFS

v.                                  Case No. 4:16-cv-4007

JOHN K. KIMANI;
TOLYN EXPRESS, LLC; and
JOHN DOES 1-6                                                               DEFENDANTS

SENRTY SELECT INSURANCE
CO.                                                                         INTERVENOR

## ORDER

On September 1, 2017, Plaintiffs Terrance Rabon and Kathleen Rabon filed a Motion in Limine. (ECF No. 41). The Local Rules generally grant parties fourteen days to respond to a motion. *See* Local Rule 7.2(b). Thus, Defendants John K. Kimani and Tolyn Express, LLC's responses to the above motion are currently due on September 15, 2017.

The trial of this matter is set for September 18, 2017. In order to give the Court time to rule on the above motion before trial, the Court will shorten Defendants' time to respond. Defendants must file their responses to Plaintiffs' Motion in Limine **on or before September 13, 2017**.

**IT IS SO ORDERED**, this 7th day of September, 2017.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              United States District Judge