IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRANCE RABON and
KATHLEEN RABON                                                              PLAINTIFFS

v.                                   Case No. 4:16-cv-4007

JOHN K. KIMANI;
TOLYN EXPRESS, LLC; and
JOHN DOES 1-6                                                               DEFENDANTS

SENRTY SELECT INSURANCE
CO.                                                                         INTERVENOR

## ORDER

Plaintiffs have designated portions of depositions that they plan to present at trial for the following witnesses: Alexa Rabon, Jane Hall, Robert Ancell, Andres Munk, and Habib Gennaoui. The Court has reviewed the deposition transcripts and makes the following rulings regarding objections to deposition testimony:

1. **Alexa Rabon**

   - page 14: line 24 through page 15: line 1 – **Defendants' objection sustained**.

2. **Jane Hall**

   - page 8: line 9 through page 10: line 4 – **Defendants' objection sustained as to page 8: line 9 through page 8: line 11, and as to page 8: line 15 through page 8: line 19. Defendants' objection overruled as to the remainder of this section.**

   - page 11: line 7 through page 11: line 21 – **Defendants' objection sustained as to page 11: line 9 (beginning with "and in fact") through page 11: line 12**

**(ending with "you know.").   Defendants' objection overruled as to the remainder of this section**.

- page 13: line 21 through page 14: line 5 – **Defendants' objection sustained as to page 13: line 22 through page 14: line 5.  Defendants' objection overruled as to the remainder of this section**.

- page 14: line 22 through page 17: line 23 – **Defendants' objection sustained as to page 15: line 12 (beginning with "And then Kathy") through page 15: line 17.  Defendants' objection overruled as to the remainder of this section**.

- page 18: line 2 through page 18: line 13 – **Defendants' objection sustained**.

- page 18: line 21 through page 19: line 1 – **Defendants' objection sustained**.

- page 20: line 13 through page 20: line 16 – **Defendants' objection sustained**.

- page 22: line 17 through page 23: line 17 – **Defendants' objection overruled**.

- page 24: line 10 through page 24: line 12 – **Defendants' objection overruled**.

- page 25: line 10 through page 25: line 16 – **Defendants' objection overruled**.

- page 26: line 14 through page 26: line 17 – **Defendants' objection sustained**.

- page 26: line 21 through page 26: line 24 – **Defendants' objection sustained**.

- page 36: line 5 through page 39: line 5 – **Defendants' objection sustained**.

3. <u>**Robert Ancell**</u>

- page 21: line 10 through page 22: line 13 – **Defendants' objection sustained as to page 21: line 17 through page 21: line 24.  Defendants' objection overruled as to the remainder of this section**.

- page 22: line 24 through page 23: line 19 – **Defendants' objection sustained as to page 23: line 5 through page 23: line 13 and page 23: line 17 through**

**page 23: line 18. Defendants' objection overruled as to the remainder of this section**.

- page 25: line 25 through page 27: line 2 – **Defendants' objection overruled. Page 26: line 3 and page 26: line 13 should be excluded**.

- page 33: line 12 through page 33: line 13 – **Plaintiffs have withdrawn this designation**.

- page 34: line 17 through page 34: line 18 – **Plaintiffs have withdrawn this designation**.

4. <u>Andres Munk</u>

- page 48: line 8 through page 50: line 24 – **Defendants' objection sustained as to page 49: line 14 through page 50: line 12. Defendants' objection overruled as to the remainder of this section**.

5. <u>Habib Gennaoui</u>

- page 15: line 2 through page 15: line 9 – **Plaintiffs have withdrawn this designation**.

- page 23: line 8 through page 24 line 13 – **Defendants' objection sustained as to page 24: line 1 through page 24: line 9 (ending with "I would say it's conclusive."). Defendants' objection overruled as to the remainder of this section**.

- page 24: line 21 through page 26: line 4 – **Defendants' objection overruled**.

- page 27: line 4 through page 27: line 15 – **Defendants' objection overruled**.

- page 28: line 10 through page 29: line 7 – **Defendants' objection overruled**.

- page 65: line 21 through page 67: line 8 – **Defendants' objection sustained**.

- page 70: line 15 through page 71: line 7 – **Defendants' objection overruled**.

- page 72: line 11 through page 72: line 13 – **Defendants' objection overruled**.

**IT IS SO ORDERED**, this 14th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge