IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRANCE RABON and
KATHLEEN RABON                                                    PLAINTIFFS

v.                                    Case No. 4:16-cv-4007

JOHN K. KIMANI;
TOLYN EXPRESS, LLC; and
JOHN DOES 1-6                                                     DEFENDANTS


SENRTY SELECT INSURANCE
CO.                                                              INTERVENOR

## JUDGMENT

On the week of September 18, 2017, the Court presided over the jury trial of Plaintiffs'

legal claims against Defendants.  On September 21, 2017, the jury returned unanimous verdicts in

favor of Plaintiff Terrance Rabon and against Defendants John K. Kimani and Tolyn Express,

LLC, awarding him damages in the amount of $500,000.00.  The jury separately returned

unanimous verdicts in favor of Defendants John K. Kimani and Tolyn Express, LLC, and against

Plaintiff Kathleen Rabon on her claim for loss of consortium.

Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby enters final judgment

as to all of Plaintiffs' claims against Defendants.  Plaintiff Terrance Rabon shall recover from

Defendants the amount of $500,000.00.  Plaintiff Kathleen Rabon shall recover nothing.

Intervenor's claim against Plaintiffs remains in this matter.

**IT IS SO ORDERED**, this 1st day of November, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge