IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| TERRANCE RABON and | |
| KATHLEEN RABON | PLAINTIFFS |
| | |
| VS.         NO. 4:16-CV-4007 SOH | |
| | |
| JOHN K. KIMANI; | |
| TOLYN EXPRESS, LLC; and | |
| JOHN DOES 1-6 | DEFENDANTS |
| | |
| SENTRY SELECT INSURANCE COMPANY | INTERVENOR |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), defendants John K. Kimani and Tolyn Express, LLC, give notice of their appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered and filed of record on November 1, 2017 (Doc. 79) and all interlocutory orders that are merged in the final judgment.

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442
        E-MAIL: jsallings@wlj.com
                      mthompson@wlj.com

        By /s/ Michael A. Thompson
           Jerry J. Sallings (84134)
           Michael A. Thompson (2010146)
           *Attorneys for Defendants*
           *John K. Kimani and Tolyn Express, LLC*

1559922-v1

2

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Brett McDaniel
McDANIEL LAW FIRM, PLC
400 South Main
Jonesboro, Arkansas 72401

*Plaintiffs' counsel*

Ms. Breanna Ott Mackey
BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201

*Intervenor's counsel*

                                                                       /s/ Michael A. Thompson
                                                                       Michael A. Thompson