IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**TERRANCE RABON and**
**KATHLEEN RABON**                                                        **PLAINTIFFS**

**VS.**                            **NO. 4:16-CV-4007 SOH**

**JOHN K. KIMANI;**
**TOLYN EXPRESS, LLC; and**
**JOHN DOES 1-6**                                                          **DEFENDANTS**

**SENTRY SELECT INSURANCE COMPANY**                   **INTERVENOR**

### RESPONSE TO MOTION
### FOR FORTHWITH POSTING OF SUPERSEDEAS BOND

In response to the plaintiffs' motion for forthwith posting of supersedeas bond (Doc. 85), defendants John K. Kimani and Tolyn Express, LLC state:

1.   This motion is moot.  Defendants have paid the judgment and have moved to dismiss their appeal.  Plaintiffs and defendants have resolved all collateral issues between them, including the handling of any claim for interest, fees, and costs.

2.   When the check paying the judgment clears, plaintiffs will be filing a full satisfaction of judgment, and as to the plaintiffs' claims against the defendants, this matter will be fully and finally resolved.  The defendants have no interest in and take no position on the remaining claims between intervenor Sentry Select Insurance Company and the plaintiffs.

1577106-v1

WHEREFORE, defendants John K. Kimani and Tolyn Express, LLC pray that the Court deny as moot the plaintiffs' motion for forthwith posting of supersedeas bond.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jsallings@wlj.com
         mthompson@wlj.com


By /s/ Michael A. Thompson
   Jerry J. Sallings (84134)
   Michael A. Thompson (2010146)
   *Attorneys for Defendants*
   *John K. Kimani and Tolyn Express, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Brett McDaniel
McDANIEL LAW FIRM, PLC
400 South Main
Jonesboro, Arkansas 72401

*Plaintiffs' counsel*

Ms. Breanna Ott Mackey
BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201

*Intervenor's counsel*

/s/ Michael A. Thompson
Michael A. Thompson