# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3651

Terrance Rabon

Appellee

Kathleen Rabon

v.

John K. Kimani and Tolyn Express, LLC

Appellants

John Does 1-6

------------------------------------------------------------------------

Appeal from U.S. District Court for the Western District of Arkansas - Texarkana
(4:16-cv-04007-SOH)

------------------------------------------------------------------------

**MANDATE**

In accordance with the judgment of 01/10/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 10, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit