IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRANCE RABON and
KATHLEEN RABON                                                          PLAINTIFFS

v.                              Case No. 4:16-cv-4007

JOHN K. KIMANI;
TOLYN EXPRESS, LLC; and
JOHN DOES 1-6                                                          DEFENDANTS

SENTRY SELECT INSURANCE
CO.                                                                    INTERVENOR

## <u>ORDER</u>

Before the Court is Plaintiffs Terrance Rabon and Kathleen Rabon's Motion for Forthwith Posting of Supersedeas Bond. (ECF No. 85). Defendants John K. Kimani and Tolyn Express, LLC have responded. (ECF No. 86). The Court finds the matter ripe for consideration.

During the week of September 18, 2017, the Court presided over the jury trial of Plaintiffs' legal claims against Defendants. On September 21, 2017, the jury returned unanimous verdicts in favor of Plaintiff Terrance Rabon and against Defendants John K. Kimani and Tolyn Express, LLC, awarding him damages in the amount of $500,000.00. The jury separately returned unanimous verdicts in favor of Defendants John K. Kimani and Tolyn Express, LLC, and against Plaintiff Kathleen Rabon on her claim for loss of consortium. On November 1, 2017, the Court entered final judgment as to Plaintiffs' claims against Defendants. On December 1, 2017, Defendants filed a notice of appeal. (ECF No. 80).

On December 27, 2017, Plaintiffs filed the instant motion, asking the Court to order Defendants to post a supersedeas bond in the amount of $500,000.00, pending resolution of Defendants' appeal. On January 10, 2018, Defendants responded, indicating that the parties have

resolved all issues between them.  Defendants indicate that they have moved to dismiss their appeal and have paid the judgment in full to Plaintiffs, and that Plaintiffs would be filing a notice of full satisfaction of judgment once Defendants' check clears.  As such, Defendants state that the Court should deny the instant motion as moot.

Upon consideration, the Court is satisfied that the instant motion is moot.  Defendants have represented to this Court and the Eighth Circuit Court of Appeals that they have resolved all issues with Plaintiffs, and have moved to dismiss their appeal on that basis.  *See* Motion to Dismiss Case, *Rabon v. Kimani*, No. 17-3651 (8th Cir. Jan. 9, 2018).  On January 10, 2018, the Eighth Circuit Court of Appeals granted Defendants' motion and dismissed their appeal.  (ECF No. 87-1).  On January 22, 2018, Plaintiffs filed a notice of satisfaction of judgment, indicating that the $500,000.00 judgment has been fully discharged and satisfied.  (ECF No. 88).  Thus, the Court finds that there is no longer a need for Defendants to post a supersedeas bond pending resolution of appeal.  Accordingly, Plaintiffs' motion (ECF No. 85) is hereby **DENIED AS MOOT**.[1]

**IT IS SO ORDERED**, this 23rd day of January, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Court notes that Intervenor Sentry Select Insurance Company's claims against Plaintiffs remain in this case.