IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TERRANCE RABON and<br>KATHLEEN RABON | | PLAINTIFFS |
| v. | Case No. 4:16-cv-4007 | |
| JOHN K. KIMANI;<br>TOLYN EXPRESS, LLC; and<br>JOHN DOES 1-6 | | DEFENDANTS |
| SENTRY SELECT INSURANCE<br>CO. | | INTERVENOR |

## ORDER

Before the Court is Intervenor Sentry Select Insurance Co.'s Unopposed Motion to Dismiss with Prejudice. (ECF No. 90). Intervenor and Plaintiffs Terrance and Kathleen Rabon have reached a settlement in this matter and request that all of Intervenor's claims against Plaintiffs be dismissed with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed by court order on terms the court considers proper.

Accordingly, Intervenor's motion (ECF No. 90) is hereby **GRANTED**. Intervenor's claims in this matter are **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 2nd day of February, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge